IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

CRIMINAL DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 2 2 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:07-CR-054 |
| JOHN HENRY SMITH | : | |

The below-named law school intern has my approval to appear on behalf of the United States of America in this proceeding.

This __22nd__ day of __February__, 2007____.

_____
DAVID E. NAHMIAS
UNITED STATES ATTORNEY

INTERN: Gary Feldon

LAW SCHOOL: Emory School of Law

SUPERVISING ASSISTANT
UNITED STATES ATTORNEY: Bjay Pak / Zahra S Karinshak

The above-named law school intern is hereby permitted to appear before me in this proceeding.

This __22nd__ day of __February__, 2007__.

_____
UNITED STATES DISTRICT JUDGE/MAGISTRATE